1 | McGREGOR W. SCOTT
United States Attorney
2 | ROBIN R. TAYLOR
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

**FILED**

OCT 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

**SEALED**

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | In re Search Warrant, Arrest       )      Misc no. 08 SW 0466 KJM
    | Warrant and Criminal Complaint     )
11 |                                     )           ORDER
    |         [sealed]                   )
12 |                                     )

13

14       The Court hereby orders that the Search Warrant, Arrest Warrant,

15  and Criminal Complaint; the Affidavit in support thereof; and face

16  pages, as well as this Application for Sealing Order, Declaration in

17  Support Thereof, and Order in the above-referenced case, shall be

18  sealed until further order of the Court.

19  DATED: __10/27__, 2008

20

21  HON. KIMBERLY A. MUELLER
    U.S. Magistrate Judge

22

23

24

25

26

27

28

3