McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



**FILED**

OCT **2 9** 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
/DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 08 MJ 0381 KJM and |
| Plaintiff, ) | 08 SW 0466 KJM |
| ) | |
| ) | APPLICATION FOR UNSEALING |
| v. ) | ORDER; AND ORDER |
| ) | |
| RAYMOND MAO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

On October 27, 2008, a search warrant, arrest warrant, and
criminal complaint were filed in the above-referenced case.  Since
the search warrant and arrest warrants have been executed, it is no
longer necessary for the Search Warrant, Arrest Warrant, Criminal
Complaint, Applications, Affidavits, and related documents to remain
sealed. Thus, the government respectfully requests that they be
unsealed.

DATED: October 29, 2008          McGREGOR W. SCOTT
                                 United States Attorney


                                 By /s/ Robin R. Taylor
                                 ROBIN R. TAYLOR
                                 Assistant U.S. Attorney

1

**Unsealing Application & Order**
**Page 2**

### ORDER

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY J. MUELLER
United States Magistrate

2