McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700




OCT 29 2008




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LISA YEH,<br>Defendant. | 08 MJ 0383 KJM<br>08-SW 0466 KJM<br><br>APPLICATION FOR UNSEALING ORDER; AND ORDER |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008

McGREGOR W. SCOTT
United States Attorney

By /s/ Robin R. Taylor
ROBIN R. TAYLOR
Assistant U.S. Attorney

**ORDER**

SO ORDERED:

DATED: October 29, 2008

HON. KIMBERLY MUELLER
United States Magistrate